## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

MILLENNIUM MEDIA, INC., et al.

                                    Plaintiff,

v.                                                       Case No.: 1:23−cv−16378

                                                                Honorable LaShonda A. Hunt

Keith Vogt, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Keith Vogt and Keith Vogt Ltd.'s Unopposed Motion to Extend the Time to Answer [20] is granted. Defendants' response to the Complaint is due by 4/15/24. For future reference, counsel is reminded that all motions must be noticed for presentment in accordance with Judge Hunt's case management procedures. Failure to comply will result in motions being summarily stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.